In the Matter of the Claim of HOWARD SMITH, Respondent, against CENTRAL FOUNDRY DIVISION, GENERAL MOTORS CORPORATION, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal from an award for an occupational disease. The evidence sustains the findings. Award unanimously affirmed, with costs to the Workmen's Compensation Board. Present — Hill, P. J., Heffernan, Brewster, Foster and Deyo, JJ.

In the Matter of the Claim of ANGELINE PARISO, Respondent, against BUFFALO BRAKE BEAM Co., Appellant, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by a self-insured employer from an order, decisions and an award of death benefits to the widow of a deceased employee made by the Workmen's Compensation Board. The appeal questions whether there was any evidence as to accidental injury and its causal relation to the death. There was evidence to support enough of the board's findings to uphold the award. Decisions, order and award appealed from unanimously affirmed, with costs to the Workmen's Compensation Board. Present — Hill, P. J., Heffernan, Brewster, Foster and Deyo, JJ. [See *post,* p. 949.]